FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/6/2015 4:08:13 PM
LISA MATZ
Clerk

JANET L. DUGGER
Official Court Reporter
296th District Court
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas   75071
Phone:  (972) 548-4407
January 6, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/6/2015 4:08:13 PM
LISA MATZ
Clerk

Ms. Lisa Matz
Clerk of the Court, Fifth Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce, 2nd Floor
Dallas, Texas   75202

     re:  No. 05-14-01441-CV
     FISHER VS. ATEF, et al

Dear Ms. Matz:

Regarding the Reporter's Record being overdue in the above cause per the order dated November 7, 2014, I have now received the fee, on January 5, 2015, for providing the Reporter's Records that Ms. Fisher has requested.  Since payment has now been made after the date of the Reporter's Records being due, I will need ample time to prepare the Reporter's Records.  I have three large criminal appeals pending, and as I understand, criminal cases take precedence over civil cases, so I am respectfully requesting 60 days to prepare same.

If I can be of further assistance, please let me know.

       Sincerely,

       /s/

       Janet L. Dugger